IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| HANNAH ROBERTSON,<br><br>　　　　　　Plaintiff,<br><br>-against-<br><br>I.C. SYSTEM, INC.,<br><br>　　　　　　Defendant. | Civil Case Number: 6:21-cv-01799-RRS-PJH |

**NOTICE OF SETTLEMENT**

　　The undersigned counsel for the Plaintiff hereby provides notice to the Court that this matter has been settled as to all of Plaintiff's claims against Defendant in this action. The parties anticipate that the performance of the terms of the settlement agreement will be completed within sixty (60) days of the date of this notice, at which time, the parties shall file a Stipulation of Voluntary Dismissal with prejudice and without attorney fees or costs. It is respectfully requested that the matter be stayed for sixty (60) days to allow the parties to finalize settlement details.

　　Dated:  November 2, 2021

/s/ Yitzchak Zelman
Yitzchak Zelman, Esq.
Admitted Pro Hac Vice
MARCUS & ZELMAN, LLC
701 Cookman Avenue, Suite 300
Asbury Park, New Jersey 07712
Phone: (732) 695-3282
Email: yzelman@marcuszelman.com

/s/ Jonathan F. Raburn
Jonathan F. Raburn, Esq.
MCCARTY & RABURN,
A Consumer Law Firm PLLC
2931 Ridge Road, Suite 101 #504
Rockwall, Texas 75032
*Attorneys for Plaintiff*
*Hannah Robertson*